F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Christian M. Knox (SB No. 171780)
christian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA  95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT, | CASE NO: 1:12-cv-01699-LJO-MJS |
| Plaintiff, | **ORDER APPOINTING GUARDIAN AD LITEM** |
| v. | |
| K.U., Student, by and through her educational rights holder and mother, A.D.U., and A.D.U., individually, | |
| Defendants. | |
| K.U., by and through her guardian ad litems, A.D.U., | |
| Counterclaimant, | |
| vs. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Counterclaimant Defendant. | |

The petition for an order appointing A.D.U. as guardian ad litem for K.U. is hereby GRANTED.

IT IS SO ORDERED.

Dated:   November 10, 2012          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE