McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
Melody A. Hawkins, #226522
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>      v.<br><br>K.U. ET AL.,<br><br>             Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:12-cv-01699-LJO-MJS<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENDING TIME TO MAKE RULE 26 INITIAL DISCLOSURES AND ORDER THEREON** |

**STIPULATION OF THE PARTIES**

1.  Pursuant to Section VI.(A) of the Scheduling Order in the above captioned case, Plaintiff and Counterdefendant Fresno Unified School District ("Plaintiff") and Defendants and Counterclaimants K.U. and A.D.U. ("Defendants") (Plaintiffs and Defendants shall be collectively referred to herein as the "Parties") are to exchange their respective Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) on or before January 31, 2013.

2.  The Parties are currently working towards the settlement of this action and as such, by and through their counsel of record, have mutually agreed and stipulated that additional time is necessary to allow the parties to complete their respective Rule 26(a) Initial Disclosures.

3.  Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), the Parties have agreed and hereby stipulate to extend the date for their respective Rule 26(a) Initial Disclosure to Friday,

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION OF THE PARTIES REGARDING EXTENDING TIME TO MAKE RULE 26 INITIAL DISCLOSURES AND ORDER THEREON

February 15, 2013.

    4.    As such, the Parties, by and through their respective counsel of record, have agreed and stipulated to continue the date of their respective Rule 26(a) Initial Disclosures from January 31, 2013 to February 15, 2013.

Dated: January 31, 2013                                      Respectfully submitted,

                                                                  McCORMICK, BARSTOW, SHEPPARD,
                                                                         WAYTE & CARRUTH LLP

By:        /s/ Sang-Jin Nam
                                                                                      Sang-Jin Nam
                                                                                   Melody A. Hawkins
                                        Attorneys for Plaintiff and Counterdefendant
                                                         FRESNO UNIFIED SCHOOL DISTRICT

Dated: January 31, 2013                                      RUDERMAN & KNOX LLP

By:      /s/ F. Richard Ruderman
                                                                F. Richard Ruderman
                                                             Christian M. Knox
                                Attorneys for Defendants and Counterclaimants
                                                          K.U. and A.D.U.

**ORDER**

    Good cause appearing, the parties' stipulation, above, is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   **February 1, 2013**                 /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION OF THE PARTIES REGARDING EXTENDING TIME TO MAKE RULE 26 INITIAL DISCLOSURES AND ORDER THEREON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION OF THE PARTIES REGARDING EXTENDING TIME TO MAKE RULE 26 INITIAL DISCLOSURES AND ORDER THEREON