1  F. Richard Ruderman (SB No. 142226)
   rick@rudermanknox.com
2  Christian M. Knox (SB No. 171780)
   christian@rudermanknox.com
3  Ruderman & Knox, LLP
   1300 National Drive, Suite 120
4  Sacramento, CA 95834
   Telephone: (916) 563-0100
5  Facsimile: (916) 563-0114

6  Attorneys for Defendants/Counterclaimants

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | FRESNO UNIFIED SCHOOL DISTRICT, ) | CASE NO: 1:12-cv-01699-LJO-MJS
12 |                Plaintiff,        ) |
13 |        v.                        ) | **ORDER TO SEAL DOCUMENTS**
14 | K.U., Student, by and through her ) | Date: April 5, 2013
   | educational rights holder and mother, ) | Time: 9:30 a.m.
15 | A.D.U., and A.D.U., individually, ) | Judge: The Hon. Michael J. Seng
   |                                  ) | Courtroom: 6
16 |               Defendants.        )
17 | ─────────────────────────────────
   |                                  )
18 | K.U., by and through her guardian ad )
   | litem, A.D.U. and A.D.U., individually, )
19 |                                  )
   |            Counterclaimants,      )
20 | vs.                               )
   |                                  )
21 | FRESNO UNIFIED SCHOOL DISTRICT, )
   |                                  )
22 |         Counterclaimant Defendant. )
23 | ─────────────────────────────────

24 ///
25 ///
26 ///
27 ///
28 ///

1
2
3
4
5
6     GOOD CAUSE APPEARING, it is hereby ordered that the Memorandum of Points and Authorities Regarding Counsel's Motion to Withdraw and Defendant K.U.'s March 22, 2013 letter to the Court regarding same (ECF 29) be SEALED.  This order shall remain in effect until further order of the Court.  The only persons allowed to access the sealed document are K.U., A.D.U., or counsel representing the parties.

7
8
9
10  IT IS SO ORDERED.

11  Dated:   March 25, 2013             /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28