McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
Melody A. Hawkins, #226522
5 River Park Place East
Fresno, California 93720-1501
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>    v.<br><br>K.U. ET AL.,<br><br>    Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:12-cv-01699-LJO-MJS<br><br>**STIPULATION OF THE PARTIES REGARDING EXTENDING TIME TO LODGE ADMINISTRATIVE RECORD AND ANY SUPPLEMENT THERETO AND ORDER THEREON** |

**STIPULATION OF THE PARTIES**

1.   Pursuant to Section VI.(B) of the Scheduling Order in the above captioned case, Plaintiff and Counterdefendant Fresno Unified School District ("Plaintiff") and Defendants and Counterclaimants K.U. and A.D.U. ("Defendants") (Plaintiffs and Defendants shall be collectively referred to herein as the "Parties") are to lodge the Administrative Record in OAH Case No. 2012010705 (hereafter the "Administrative Record") with the Court on April 15, 2013 and any supplement to the Administrative Record is to be lodged with this Court by May 15, 2013.

2.   On February 13, 2013, F. Richard Ruderman of Ruderman & Knox, LLP, filed a

Motion to Withdraw As Counsel for Defendants in the above-captioned matter (hereafter the "Ruderman Motion to Withdraw").

3. On February 22, 2013, Plaintiff filed its Statement of Non-Opposition to the Ruderman Motion to Withdraw.

4. On April 5, 2013, the Court continued the hearing on the Ruderman Motion to Withdraw to May 3, 2013.

5. The Parties, by and through their counsel of record, have mutually agreed and stipulated that until a ruling is rendered on the Ruderman Motion to Withdraw, additional time is necessary to allow the parties to lodge the Administrative Record as well as any supplement thereto.

6. As such, the Parties, by and through their respective counsel of record, have hereby agreed and stipulated to extend the date to lodge the Administrative Record with the court on May 17, 2013. The Parties, by and through their respective counsel of record, have hereby further agreed and stipulated to extend the date to lodge any supplement to the Administrative Record to June 17, 2013.

Respectfully submitted,

Dated: April 11, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: /s/ Sang-Jin Nam
Sang-Jin Nam
Melody A. Hawkins
Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT


Dated: April 12, 2013

RUDERMAN & KNOX LLP


By: /s/ F. Richard Ruderman
F. Richard Ruderman
Christian M. Knox
Attorneys for Defendants and Counterclaimants
K.U. and A.D.U.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION OF THE PARTIES REGARDING EXTENDING TIME
TO LODGE ADMINISTRATIVE RECORD AND ANY SUPPLEMENT THERETO AND ORDER THEREON

**ORDER**

Good cause appearing, the above stipulation is approved and adopted as the ORDER of this Court and the parties in case number 1:12-cv-01699-LJO-MJS shall have until May 17, 2013 to lodge the Administrative Record, and until June 17, 2013 to lodge any supplement to the Administrative Record, with the Court.

IT IS SO ORDERED.

Dated:   April 15, 2013                     /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE