F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Christian M. Knox (SB No. 171780)
christian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:    916-563-0100
Facsimile:    916-563-0114

Attorneys for Defendants/Counterclaimants
K.U. et al.

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
sj.nam@mccormickbarstow.com
Melody A. Hawkins, #226522
melody.hawkins@mccormickbarstow.com
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>    v.<br><br>K.U. ET AL.,<br><br>    Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:12-cv-01699-LJO-MJS<br><br>**STIPULATED REQUEST OF THE PARTIES TO EXTEND THE TIME TO LODGE ADMINISTRATIVE RECORD AND ANY SUPPLEMENT THERETO AND ORDER THEREON** |

## STIPULATION OF THE PARTIES

1. Pursuant to Section VI.(B) of the Scheduling Order in the above captioned case, Plaintiff and Counterdefendant Fresno Unified School District ("Plaintiff") and Defendants and Counterclaimants K.U. and A.D.U. ("Defendants") (Plaintiffs and Defendants shall be collectively referred to herein as the "Parties") are to lodge the Administrative Record in OAH Case No. 2012010705 (hereafter the "Administrative Record") with the Court on April 15, 2013 and any supplement to the Administrative Record is to be lodged with this Court by May 15, 2013.

2. On February 13, 2013, F. Richard Ruderman of Ruderman & Knox, LLP, filed a Motion to Withdraw As Counsel for Defendants in the above-captioned matter (hereafter the "Ruderman Motion to Withdraw").

3. On February 22, 2013, Plaintiff filed its Statement of Non-Opposition to the Ruderman Motion to Withdraw.

4. On April 5, 2013, the Court continued the hearing on the Ruderman Motion to Withdraw to May 3, 2013.

5. On April 15, 2013 Magistrate Judge Michael J. Seng granted the Parties' stipulation to extend the date to lodge the Administrative Record with the Court to May 17, 2013 and any supplement thereto to June 17, 2013.

6. On May 5, 2013, the Court continued the hearing on the Ruderman Motion to Withdraw to June 14, 2013.

7. The Parties, by and through their counsel of record, have mutually agreed and stipulated that until a ruling is rendered on the Ruderman Motion to Withdraw, additional time is necessary to allow the parties to lodge the Administrative Record as well as any supplement thereto.

/ / /
/ / /
/ / /
/ / /

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
STIPULATED REQUEST OF THE PARTIES TO EXTEND THE TIME
TO LODGE ADMINISTRATIVE RECORD AND ANY SUPPLEMENT THERETO AND ORDER THEREON

/ / /

/ / /

8. As such, the Parties, by and through their respective counsel of record, hereby request to extend the date to lodge the Administrative Record, with the court on July 12, 2013. The Parties, by and through their respective counsel of record, hereby request to extend the date to lodge any supplement to the Administrative Record to July 19, 2013.

Dated:  May  17, 2013                                                    Respectfully submitted,

                                               McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP


By:          /s/ Sang-Jin Nam
          Sang-Jin Nam
          Melody A. Hawkins
          Attorneys for Plaintiff and Counterdefendant
          FRESNO UNIFIED SCHOOL DISTRICT

Dated:  May ___, 2013                                           RUDERMAN & KNOX LLP


By:          /s/ F. Richard Ruderman
          F. Richard Ruderman
          Christian M. Knox
          Attorneys for Defendants and Counterclaimants
          K.U. and A.D.U.

ORDER

FOR GOOD CAUSE, the Court approves the above Stipulation and adopts it as its Order. The date to lodge a supplement to the Administrative Record in this action is extended to July 19, 2013.

IT IS SO ORDERED.

Dated:   May 21, 2013                                    /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATED REQUEST OF THE PARTIES TO EXTEND THE TIME
TO LODGE ADMINISTRATIVE RECORD AND ANY SUPPLEMENT THERETO AND ORDER THEREON