F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Christian M. Knox (SB No. 171780)
christian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:    916-563-0100
Facsimile:    916-563-0114

Attorneys for Defendant/Counterclaimant
K.U.

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
sj.nam@mccormickbarstow.com
Melody A. Hawkins, #226522
melody.hawkins@mccormickbarstow.com
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K.U. ET AL.,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:12-cv-01699-LJO-MJS<br><br>**ORDER GRANTING JOINT REQUEST FOR ORDER TO SEAL DOCUMENTS**<br><br>Date:　　　　July 19, 2013<br>Time:　　　　11:00 a.m.<br>Judge:　　　Hon. Michael J. Seng<br>Courtroom:　6 |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER GRANTING JOINT REQUEST FOR ORDER TO SEAL DOCUMENTS

1  Plaintiff, FRESNO UNIFIED SCHOOL DISTRICT ("District") and Defendant K.U.
2  ("K.U.") have filed a Joint Request for Order To Seal Documents.
3  GOOD CAUSE APPEARING, the Joint Request for Order to Seal Documents is
4  GRANTED and it is hereby ordered that the following documents be sealed:

1. Order Granting Joint Request for Order to Seal Documents
2. Motion to Approve Settlement and Exhibits thereto;
3. Declaration of F. Richard Ruderman in Support of Motion to Approve Settlement; and
4. Order Granting Motion to Approve Settlement.

This order shall remain in effect until further order of the Court. The only persons allowed to access the sealed documents are the District, K.U., and A.D.U., counsel representing these parties, and authorized Court personnel.

IT IS SO ORDERED.

Dated:   June 25, 2013            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE