F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Christian M. Knox (SB No. 171780)
christian@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone:    916-563-0100
Facsimile:     916-563-0114

Attorneys for Defendant/Counterclaimant
K.U.

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
sj.nam@mccormickbarstow.com
Melody A. Hawkins, #226522
melody.hawkins@mccormickbarstow.com
5 River Park Place East
Fresno, California 93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>       v.<br><br>K.U. ET AL.,<br><br>            Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:12-cv-01699-LJO-MJS<br><br>**ORDER GRANTING JOINT REQUEST FOR SUPPLEMENTAL ORDER TO SEAL DOCUMENTS**<br><br>Date:        July 19, 2013<br>Time:       11:00 a.m.<br>Judge:      Hon. Michael J. Seng<br>Courtroom:    6 |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER GRANTING JOINT REQUEST FOR SUPPLEMENTAL ORDER TO SEAL DOCUMENTS

Plaintiff, FRESNO UNIFIED SCHOOL DISTRICT ("District") and Defendant K.U. ("K.U.") have filed a Joint Request for Supplemental Order To Seal Documents.

GOOD CAUSE APPEARING, the Joint Request for Supplemental Order to Seal Documents is GRANTED and it is hereby ordered that, in addition to the documents subject to the Order Granting Joint Request For Order To Seal Documents issued by United States Magistrate Judge Michael J. Seng on June 25, 2013 ("6/25/13 Order to Seal Documents") all parties are ORDERED to file the following documents under seal:

1. Any Opposition, or other responsive pleading or document, to or regarding the Motion to Approve Settlement filed in the above-captioned action on June 24, 2013 ("Motion to Approve Settlement"), that is filed or otherwise submitted by defendant and counterclaimant A.D.U., on her behalf, or by any third party;

2. Any Exhibits to any Opposition, or other responsive pleading or document, to or regarding the Motion to Approve Settlement filed or otherwise submitted by defendant and counterclaimant A.D.U., or on her behalf, or by any third party;

3. Any declaration in support of or otherwise related to any Opposition, or other responsive pleading or document, to or regarding the Motion to Approve Settlement filed or otherwise submitted by defendant and counterclaimant A.D.U., on her behalf, or by any third party;

4. Any Exhibits to any declaration in support of any Opposition, or other responsive pleading or document, to or regarding the Motion to Approve Settlement filed by defendant and counterclaimant A.D.U., or on her behalf, or by any third party.

This order shall remain in effect until further order of the Court. The only persons allowed to access the sealed documents are the District, K.U., and A.D.U., and counsel representing these parties as well as authorized Court personnel.

Plaintiff District shall forthwith serve a copy of this Order on all other parties hereto.

IT IS SO ORDERED.

Dated:   July 8, 2013              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE