# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>K. U., et al.,<br><br>Defendants.<br>_____<br>AND RELATED COUNTER-CLAIMS<br>_____/ | CASE No. 1:12-cv-01699-LJO-MJS<br><br>ORDER ON EX PARTE MOTION FOR ORDER SHORTENING TIME and ORDER ON MOTION TO WITHDRAW<br><br>(ECF No. 75 and 77) |

The hearing on F. Richard Ruderman's renewed Motion to Withdraw as Counsel for Defendant K.U. (ECF No. 78) and Defendant A..D.U.'s Ex Parte Motion for Order to Shorten Time to Hear Motion to Modify Scheduling Order (ECF No. 75) was held before the Honorable Michael J. Seng, United States Magistrate Judge, in Yosemite on August 2, 2013.  Defendant A.D.U., her counsel of record, R. Greenbaum, F. Richard Ruderman, counsel of record for Defendant K.U., and Sang Jin Nam and Melody Hawkins, counsel for Plaintiff Fresno Unified School District ("FUSD") all appeared telephonically.

F. Richard Ruderman, counsel of record for Defendant K.U., renewed a

1  previously denied (without prejudice) motion to withdraw as Counsel of record for K.U.
2  A.D.U., as Guardian Ad Litem for K.U.,  asks that her attorney, Roger Greenbaum,
3  replace Mr. Ruderman, as counsel of record for K.U.  Attorney Greenbaum  agreed to
4  undertake the representation of K.U. in this matter while simultaneously representing
5  A.D.U.  There not appearing to be  any conflict in attorney Greenbaum's representation
6  of K.U. and A.D.U. in this same case and good cause being shown, the Court
7  GRANTED  attorney Ruderman's Motion to Withdraw As Attorney of Record for K.U.
8  and appointed attorney  Greenbaum as attorney for K.U. in this matter.

9  Further, good cause appearing and there being no opposition, the Court
10 GRANTED  Defendant  A..D. U.'s Ex Parte Motion for Order to Shorten Time to Hear
11 Motion to Modify Scheduling Order.  For the same reasons, the Motion to Modify
12 Scheduling Order shall be granted in accordance with and subject to the expedited and
13 abbreviated procedures outlined below.

14 Accordingly, it is HEREBY ORDERED that:

15 1. Attorney F. Richard Ruderman's Motion to Withdraw as Counsel for K.U.
16 (ECF No. 77) is GRANTED;

17 2. The request of Defendant A.D.U., guardian ad litem for and mother of
18 K.U.,  and Attorney Roger A. Greenbaum that attorney Greenbaum be
19 appointed as counsel of record for Defendant K. U. is GRANTED;
20 Attorney Greenbaum shall forthwith file his appearance as attorney of
21 record for Defendant K.U.;

22 3. A.D.U.'s Ex Parte Motion to Shorten Time to Move to Modify the
23 Scheduling Order (ECF No. 75) is GRANTED.  The Scheduling Order
24 shall be modified in accordance with the procedures in the following
25 paragraph of this Order; and

26 4. The parties are ORDERED to file, not later than Noon, Monday, August
27 12, 2013,  a Joint Stipulation to Modify Scheduling Order or,  if they fail to
28 come to an agreement  on new dates, each shall submit a brief of no

1 more than seven (7) pages outlining separate proposals for future
2 scheduling deadlines and the bases therefore.  The Court will issue its
3 Order Modifying Scheduling Order based on the information in the two
4 briefs filed and without oral argument.

8 IT IS SO ORDERED.

9 Dated: August 2, 2013          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE