UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>            Plaintiff,<br><br>v.<br><br>K.U., a Student, by and through her educational rights holder and mother, A.D.U., and A.D.U., individually,<br><br>            Defendants. | CASE NO.:  1:12-cv-01699-LJO-MJS<br><br>**ORDER SHORTENING TIME TO HEAR MOTION TO MODIFY JANUARY 2013 SCHEDULING ORDER**<br><br>[Fed. R. Civ. P. Rules 6(c) and 16(b); L.R. 144(e)]<br><br>Hearing Date:    _____ \_\_, 2013<br>Time:               \_\_\_\_ a.m./p.m.<br>Place:              Courtroom 6<br>Judge:             Hon. Michael J. Seng |
| K. U., by and through her guardian ad litem, A.D.U., and A.D.U., individually,<br><br>            Counterclaimants,<br><br>v.<br><br>FRESNO UNIFIED SCHOOL DISTRICT,<br><br>            Counterclaimant Defendant. | |

**ORDER SHORTENING TIME**                                                                                              Page 1

**ORDER SHORTENING TIME**

Upon application of A.D.U., individually as parent, with the stipulation of the other parties hereto being of record, and good cause appearing, **IT IS HEREBY ORDERED** that the time for hearing the motion by A.D.U., individually as parent, for an order to Modify January 2013 Scheduling Order is hereby shortened, and the hearing on said Motion shall be telephonic and be held on Friday, August 2, 2013, at10:00 a.m, in the Yosemite, California, Court.   No further papers shall be filed by the parties in connection with that motion.

IT IS SO ORDERED.

Dated:   August 2, 2013            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE