McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
Melody A. Hawkins, #226522
5 River Park Place East
Fresno, California 93720-1501
Telephone:	(559) 433-1300
Facsimile:	(559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>       v.<br><br>K.U. ET AL.,<br><br>             Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:12-cv-01699-LJO-MJS<br><br>**STIPULATION OF THE PARTIES REGARDING CONTINUANCE OF HEARING ON MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED AND SUPPLEMENTAL COUNTERCLAIMS AND ORDER THEREON** |

**TO THE COURT, ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 144(e), Defendant and Counterclaimant A.D.U., in her individual capacity as parent (herein, "A.D.U. individually), and Defendant and Counterclaimant K.U., by and through her education rights holder, A.D.U. (herein, "K.U."), by and through their attorney of record, Roger Greenbaum, Esq. of Roger A. Greenbaum Equity Law and Mediation, and Plaintiff/Counterclaim Defendant Fresno Unified School District (herein, "District"), by and through its attorneys of record, Sang-Jin Nam, Esq. and Melody A. Hawkins, Esq. of McCormick, Barstow, Sheppard, Wayte & Carruth, hereby stipulate and agree as follows:

1.	A hearing in this matter on Defendants and Counterclaimants' Motion for Order Granting Leave to File Amended and Supplemental Counterclaims is currently scheduled for

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION OF THE PARTIES REGARDING CONTINUANCE OF HEARING ON MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED AND SUPPLEMENTAL COUNTERCLAIMS AND ORDER THEREON

September 13, 2013 at 10:00 a.m. in Courtroom 6.

2. On September 12, 2013, counsel for the District, Ms. Hawkins suffered from a medical emergency during a due process hearing in a related Office of Administrative Hearings' matter between the parties. This emergency required immediate medical attention and admission to the hospital. Both parties concur that such emergency constitutes good cause for a continuance of the subject federal court hearing.

3. It is stipulated by the parties that the Court may issue the Stipulated Order, as forth above, continuing the hearing on Defendants and Counterclaimants' Motion for Order Granting Leave to File Amended and Supplemental Counterclaims to a mutually agreeable date to be decided at a later time.

**IT IS SO STIPULATED**

Dated: September 12, 2013                    Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Sang-Jin Nam
Sang-Jin Nam
Melody A. Hawkins
Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

Dated: September 12, 2013                    ROGER GREENBAUM EQUITY LAW & MEDIATION

By: /s/ Roger A. Greenbaum
Roger A. Greenbaum
Attorneys for Defendants and Counterclaimants
K.U. and A.D.U.

**ORDER**

Good cause appearing, the above Stipultaion is accepted and adopted as the Order of this Court. The said hearing on Defendants and Counterclaimants' Motion for

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

1  Order Granting Leave to File Amended and Supplemental Counterclaims is continued to a
2  date to be mutually agreed upon and set by the parties.  Absent good cause and further
3  Order of this Court, the said hearing date shall be no more than thirty days from the date of
4  this Order.

7  IT IS SO ORDERED.

      Dated:    September 12, 2013        /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3
STIPULATION OF THE PARTIES REGARDING CONTINUANCE OF HEARING ON MOTION FOR ORDER GRANTING LEAVE TO FILE AMENDED AND SUPPLEMENTAL COUNTERCLAIMS AND ORDER THEREON