McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
Melody A. Hawkins, #226522
5 River Park Place East
Fresno, California 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>K.U. ET AL.,<br><br>    Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. CV F 12-1699 MJS<br><br>**JOINT STIPULATION DESIGNATING AND LODGING ADMINISTRATIVE RECORD** |

**TO THE COURT, ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rules 143 and 138(b), Defendant and Counterclaimant A.D.U., in her individual capacity as parent (herein, "A.D.U." individually), and Defendant and Counterclaimant K.U., by and through her education rights holder, A.D.U. (herein, "K.U."), by and through their attorney of record, Roger Greenbaum, Esq. of Roger A. Greenbaum Equity Law and Mediation, and Plaintiff and Counterclaim Defendant Fresno Unified School District (herein, "District"), by and through its attorneys of record, Sang-Jin Nam, Esq. and Melody A. Hawkins, Esq. of McCormick, Barstow, Sheppard, Wayte & Carruth, hereby stipulate and agree as follows:

    1.    The Parties jointly designate and lodge the Administrative Record in the above-entitled action. The Administrative Record consists of pages AR000001 through AR002102, and is filed

concurrently herewith.  The following documents are included in the Administrative Record:

| | |
|---|---|
| AR 000002-<br>AR 000028 | Parent's Request for Mediation and Due Process Hearing faxed to OAH on January 23, 2012 |
| AR 000029-<br>AR 000035 | OAH Scheduling Order and Notice of Due Process Hearing and Mediation dated January 26, 2012 |
| AR 000036-<br>AR 000040 | Respondent FUSD's Notice of Representation dated January 27, 2012 |
| AR 000041-<br>AR 000165 | Respondent FUSD's Brief and Opposition to Motion for Stay Put dated January 30, 2012 |
| AR 000166–<br>AR 000170 | OAH Order Granting Motion for Stay Put dated February 2, 2012 |
| AR 000171–<br>AR 000173 | Parent's Response to FUSD Brief and Opposition to Motion for Stay Put dated February 3, 2012 |
| AR 000174-<br>AR 000341 | FUSD 's Answer to Special Education Due Process Complaint including Declaration of Sang-Jin Nam in Support of in Support of Fresno Unified School District's Answer to Special Education Due Process Complaint dated February 3, 2012 |
| AR 000342-<br>AR 000345 | FUSD's Notice of Change of Law Firm, Address and Telephone and Facsimile Numbers dated February 8, 2012 |
| AR 000346-<br>AR 000348 | Parent's Request for Continuance of Telephonic Pre-hearing Conference dated March 6, 2012 |
| AR 000349-<br>AR 000350 | OAH Notice of Rescheduled Mediation dated March 7, 2012 |
| AR 000351-<br>AR 000363 | Respondent FUSD's Pre-Hearing Conference Statement dated March 7, 2012 |
| AR 000364-<br>AR 000370 | Respondent FUSD's Opposition to Motion for Continuance dated March 8, 2012 |

| | |
|---|---|
| AR 000371 - AR 000385 | Exhibit "1" to Fresno Unified School District's Opposition to Motion for Continuance |
| AR 000386- AR 000388 | OAH Order Granting Request for Continuance and Setting Prehearing Conference and Due Process Hearing dated March 9, 2012 |
| AR 000389 | Notice of Resolution Session Outcome |
| AR 000390– AR 000403 | FUSD's Pre-Hearing Conference Statement dated March 18, 2012 |
| AR 000404- AR 000408 | OAH Order Following Prehearing Conference dated April 4, 2012 |
| AR 000409- AR 000410 | Parent's Request for Continuance of Due Process Hearing dated April 9, 2012 |
| AR 000411 | Parent's Request for Transcript or Administrative Record dated April 27, 2012 |
| AR 000412- AR 000413 | OAH Order Setting Status Conference dated May 4, 2012 |
| AR 000414- AR 000416 | OAH Order Following Status Conference, Granting Continuance and Extending Time for Issuance of Decision dated May 7, 2012 |
| AR 000417- AR 000418 | Parent's Request to Allow Private Attorney to Read Petitioner's Closing Brief dated May 15, 2012 |
| AR 000419– AR 000420 | OAH Order Regarding Student's Request for Review of Closing Brief by Private Attorney dated May 21, 2012 |
| AR 000421– AR 000445 | Respondent FUSD's Closing Brief dated May 29, 2012 |
| AR 000446- AR 000477 | Parent's Closing Brief dated May 29, 2012 |
| AR 000478- AR 000480 | OAH Order Following Status Conference, Granting Continuance and Extending Time For Issuance of Decision dated June 6, 2012 |

| | |
|---|---|
| AR 000481-<br>AR 000482 | OAH Notice of Telephonic Status Conference dated July 2, 2012 |
| AR 000483-<br>AR 000486 | OAH Order Denying Continuance and Reassigning Matter for Decision dated July 3, 2012 |
| AR 000487-<br>AR 000488 | Parent Preemptory Challenge Regarding ALJ Deidre Johnson dated July 9, 2012 |
| AR 000489-<br>AR 000490 | OAH Order Granting Student's Preemptory Challenge dated July 10, 2012 |
| AR 000491-<br>AR 000518 | OAH Decision dated August 3, 2012 |
| AR 000519-<br>AR 000520 | Parent Requests for Corrections and Clarification dated August 14, 2012 |
| AR 000521-<br>AR 000523 | OAH Order Denying Request for Reconsideration dated August 27, 2012 |
| AR 000524-<br>AR 000525 | FUSD's Exhibit Binder Index |
| AR 000526-<br>AR 000695 | FUSD's Exhibit List and Exhibits dated April 4, 2012 |
| AR 000696–<br>AR 001025 | Student's Exhibit List and Exhibits dated April 4, 2012 |
| AR 001026–<br>AR 001076 | Transcript of April 2, 2012 Prehearing Conference |
| AR 001077-<br>AR 002102 | Transcript of Due Process Hearing April 10, 11, 12, 13, 24, 2012 |

2. It is further stipulated by the Parties that each Party reserves the right to make any corrections, additions or subtractions to the jointly-designated Administrative Record, as filed concurrently herewith, if necessary to render such Designation correct in all material respects. Any

Party exercising said right shall provide Notice to the Court and all Parties regarding any such changes.  The Party making any corrections, additions or subtractions will be responsible for preparing and lodging an amended Designation of Administrative Record, including any and all costs related thereto.

      3.      It is stipulated by the parties that the Court may issue the Stipulated Order, as set forth above, jointly designating and lodging the Administrative Record, as filed concurrently herewith.

**IT IS SO STIPULATED**

Dated:  September 23, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Sang-Jin Nam
Sang-Jin Nam
Melody A. Hawkins
Attorneys for Plaintiff and Counterdefendant
FRESNO UNIFIED SCHOOL DISTRICT

Dated:  September 23, 2013

ROGER GREENBAUM EQUITY LAW & MEDIATION

By: /s/ Roger A. Greenbaum
Roger A. Greenbaum
Attorneys for Defendants and Counterclaimants
K.U. and A.D.U.

**ORDER**

Good cause appearing, the Stipulation is approved.

IT IS SO ORDERED.

Dated:  September 25, 2013         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE