McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
sjnam@mccormickbarstow.com
Diandra Netto, # 284734
diandra.netto@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Plaintiff and Counter-Defendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>             Plaintiff,<br><br>     v.<br><br>K.U. ET AL.,<br><br>             Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. CV F 12-1699 MJS<br><br>**ORDER SHORTENING TIME**<br><br>**[Fed. R. Civ. P. Rules 6(c) and 16(b); L.R. 144(e)]**<br><br>Judge:  Hon. Magistrate Michael J. Seng<br>Date:   November 22, 2013<br>Time:   9:30<br>Crtrm.:  6 |

Upon Application of Plaintiff and Counter-Defendant, Fresno Unified School District ("District"), and good cause appearing, **IT IS HEREBY ORDERED** that the time for hearing the District's Motion to Hear Additional Evidence is hereby shortened, and the hearing on said Motion shall be held on **Wednesday, November 27, 2013,** at 10:00 a.m. at U.S. District Court, 2500 Tulare St., Fresno, CA 93721.  An Opposition to said Motion, if any, shall be filed by Defendants and Counterclaimants, K.U., a student, by and through her educational rights holder and mother A.D.U., and A.D.U., individually, by **Monday, November 18, 2013**.  In the event said Motion is opposed, a Reply, if any, shall be filed by the District by **Friday, November 22, 2013**.  The Parties may choose

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

AMENDED ORDER SHORTENING TIME

1  to appear telephonically for the hearing on the subject Motion.

2

3  IT IS SO ORDERED.

4

5  Dated:   November 6, 2013            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
AMENDED [PROPOSED] ORDER SHORTENING TIME