McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Sang-Jin Nam, #148859
sj.nam@mccormickbarstow.com
Diandra N. Netto
diandra.netto@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Plaintiff and Counter-Defendant
FRESNO UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT,<br><br>           Plaintiff,<br><br>      v.<br><br>K.U. ET AL.,<br><br>           Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. CV F 12-1699 MJS<br><br>**ORDER GRANTING REQUEST FOR ORDER TO SEAL DOCUMENTS**<br><br>Date:        November 27, 2013<br>Time:       10:00 a.m.<br>Judge:      Hon. Michael J. Seng<br>Courtroom:  6 |

Plaintiff and Counter-Defendant, FRESNO UNIFIED SCHOOL DISTRICT ("District") has filed a Request for Order To Seal Documents.

GOOD CAUSE APPEARING, the Request for Order to Seal Documents is GRANTED and it is hereby ordered that the following documents be sealed:

   1.      Order Granting Joint Request for Order to Seal Documents;

   2.      Declaration Of Sang-Jin Nam In Support Of Plaintiff And Counter-Defendant Fresno Unified School District's Motion To Hear Additional Evidence, and all exhibits thereto filed as part of Docket Entry #105; and

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER GRANTING REQUEST FOR ORDER TO SEAL DOCUMENTS

1    3.   Declaration Of Diandra N. Netto In Support Of Plaintiff And Counter-Defendant
2 Fresno Unified School District's Motion To Hear Additional Evidence, and all exhibits thereto filed as
3 part of Docket Entry #105.
4    This order shall remain in effect until further order of the Court. The only persons allowed to
5 access the sealed documents are the District, K.U., and A.D.U., and counsel representing these parties
6 as well as authorized Court personnel.
7    **THE COUR ORDERS FURTHER that in all future filings the parties shall, where**
8 **reasonably practical, redact private material (such as the names of the student and her mother)**
9 **by blacking out all but the first initial of their first and last names or using other simple**
10 **techniques in lieu of burdening the court with requests to seal and the obligation to seal.**

15 IT IS SO ORDERED.

17    Dated:   November 6, 2013          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
[PROPOSED] ORDER GRANTING REQUEST FOR ORDER TO SEAL DOCUMENTS