Tania L. Whiteleather SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
(562) 866-8755 (562) 866-6875
tlwhiteleather@gmail.com

Attorney for Defendants/Counterclaimants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO UNIFIED SCHOOL DISTRICT, | Case No. 12-CV-01699 MJS |
| Plaintiff, | ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION AND FOR HEARING |
| v. | |
| K.U., a Student, by and through her educational rights holder and mother, A.D.U, and A.D.U., individually, | DATE: 3-14-14<br>TIME: 10:30 a.m.<br>CTRM: 6 |
| Defendants. | |
| K.U., by and through her Guardian Ad Litem, A.D.U. and A.D.U. individually, | |
| Counterclaimants, | |
| v. | |
| FRESNO UNIFIED SCHOOL DISTRICT, | |
| Counterclaimant/Counter-defendant. | |

The Court, having reviewed Defendants' Ex Parte Application for an extension of time for the filing of Defendants' Opposition to Motion for Summary Judgment and for hearing on that motion, and

ORDER - 1

finding good cause, hereby ORDERS that the hearing on Plaintiffs' Motion for Summary Judgment be held at 9:00 AM, Friday, March 28, 2014, in Courtroom 6, Fresno, and that Defendants' Opposition to the motion and Plaintiff's Reply to the Opposition be filed in accordance with FRCP and Local Rules.  The deadlines for filing dispositive and non-dispositive motions having passed, no new motions shall be filed.

IT IS SO ORDERED.

Dated:   February 27, 2014          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE