IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRESNO UNIFIED SCHOOL DISTRICT,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**K.U., et al.,**<br><br>　　　　　　　　　Defendants. | **CASE NUMBERS: 1:12-cv-01699 MJS;**<br>**　　　　　　　　　1:14-cv-00555 ___-SKO**<br><br>**RELATED CASE ORDER** |

　　　　The Court has received the Notice of Related Case filed on April 18, 2014 in Case No. 1:14-cv-00555 ___-SKO regarding the earlier filed case 1:12-cv-01699 MJS.

　　　　Examination of the above-entitled civil actions reveals that they are related within the meaning of Local Rule 123(a).

　　　　The actions involve the same parties and are based on the same or similar claims, the same transactions or events, similar questions of fact and law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient and more economical for the parties.

　　　　The parties should be aware that relating the cases under Local Rule 123 merely

has the result of assigning both actions to the same judge; no consolidation results. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned. It is noted that in the later filed action, the parties have yet to consent or decline Magistrate Judge jurisdiction. This reassignment shall not affect the parties' right to consent or decline Magistrate Judge jurisdiction in the later filed case

IT IS THEREFORE ORDERED that the action denominated 1:14-cv-00555 ___-SKO, <u>Fresno Unified School District v. K.U. and A.D.U.</u> is reassigned to a Sacramento District Court Judge and Magistrate Judge Michael J. Seng for all further proceedings, and any dates currently set in this reassigned case **only** are hereby VACATED. The caption on documents filed in the reassigned case shall be shown as 1:14-cv-00555 ___-MJS.

IT IS SO ORDERED.

Dated:   April 24, 2014            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2